EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | 2008 TSPR 161 |
| Josue D. De León Rodríguez | 175 DPR _____ |

Número del Caso: CP-2006-16

Fecha: 25 de septiembre de 2008

Abogados de la Parte Peticionaria:

Lcdo. Marco A. Martínez Vergé
Lcda. Nuria Sánchez Díaz

Materia: Reinstalación al ejercicio de la abogacía y de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Josue D. De León Rodríguez          CP-2006-16

SALA DE VERANO INTEGRADA POR EL JUEZ PRESIDENTE SEÑOR HERNANDEZ DENTON, EL JUEZ ASOCIADO SEÑOR RIVERA PEREZ Y LA JUEZA ASOCIADA SEÑORA FIOL MATTA.

RESOLUCION

San Juan, Puerto Rico, a 25 de septiembre de 2008.

Evaluada la "Moción Solicitando Reconsideración" presentada por la parte peticionaria, se declara con lugar y se reinstala al licenciado Josué D. de León Rodríguez al ejercicio de la abogacía y la notaría. Se ordena el archivo por desistimiento voluntario de las quejas AB-2007-315, AB-2008-87 y AB-2008-90. En cuanto a la queja AB-2006-252 el Procurador General deberá rendir el informe requerido por este Tribunal en su Resolución del pasado 11 de septiembre de 2008.

Notifíquese personalmente.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo